**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01389-CV

**STEPHEN HOLLOWAY AND ALL OTHER OCCUPANTS, Appellant**

**V.**

**PINWELL INVESTMENTS LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-04637-C**

## ORDER

Both the clerk's and reporter's records in this case are overdue. By postcard dated December 10, 2013, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within thirty days. Also by postcard dated December 10, 2013, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the County Clerk to file the clerk's record within thirty days. Thereafter, by order dated March 20, 2014, we ordered the Dallas County Clerk to file either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record within ten days. In the same order, we ordered the Court Reporter to file either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written

verification that appellant has not been found indigent and has not paid for the record within ten days.

By letter dated March 21, 2014, the Dallas County Clerk's office informed the Court that appellant filed an affidavit of inability to pay and that the clerk's record would be "automatically uploaded." To date the clerk's record has not been filed. Accordingly we **ORDER** the Dallas County Clerk to file the clerk's record within **TEN DAYS**.

The Court Reporter has not filed the reporter's record, the requested verification, or otherwise corresponded with the Court regarding the status of the reporter's record. Accordingly, we **ORDER** Janet E. Wright, Official Court Reporter for County Court at Law No. 3, to file, with **TEN DAYS**, either: (1) the reporter's record; (2) written verification that the reporter's record has not been requested, or (3) written verification that no hearings were recorded. *We notify appellant that if we receive verification he has not requested the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c). We expressly **CAUTION** Janet E. Wright that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

John Warren
Dallas County Clerk

Janet Wright
Official Court Reporter, County Court at Law No. 3

/s/    CAROLYN WRIGHT
CHIEF JUSTICE